UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THAYER LAND DEVELOPMENT CO., LLC )<br>)<br>    Plaintiff(s),    )<br>)<br>vs.    )<br>)<br>PEA RIDGE MINING, LLC,    )<br>)<br>    Defendant(s).    ) | Case No. 4:11CV1317-MLM |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Mary Ann L. Medler to District Judge Rodney W. Sippel.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

JAMES G. WOODWARD
CLERK

August 4, 2011
DATE

By:   /s/ Lisa Holwitt
Lisa Holwitt
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number 4:11CV1317-RWS.**